# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

LEE KNOWLIN,

    Plaintiff,

v.

RICHARD RAEMISCH, Department of Corrections Secretary; BRAD HOMPE, Warden of Stanley Correctional Institution; R. RICHARDSON, Security Director of Stanley Correctional Institution; JAMES TOTKA, Captain of Flambeau Correctional Center; and MARK HEISE, Director of Offender Movement and Classification,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

**Case No.: 08-cv-745-bbc**

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

That judgment is entered in favor of defendants and this case is dismissed with prejudice.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

**/s/ M. Hardin**
_____
**by Deputy Clerk**

_____7/14/09_____
Date